IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>OMAR HASAN<br><br>        Defendant. | No. CR-09-01027 SI<br><br>[PROPOSED] ORDER FOR OMAR HASAN TO SELF-SURRENDER TO U.S. MARSHAL CUSTODY |

Upon the request of the defense, IT IS HEREBY ORDERED that Omar Hasan shall self-surrender to the custody of the U.S. Marshal, effective January 14, 2010, where he shall remain during the pendency of this criminal case.

IT IS SO ORDERED.

DATED:_____

_____
SUSAN ILLSTON
United States District Judge

[PROPOSED] ORDER;
No. CR-09-01027 SI