## PROPOSED ORDER/COVER SHEET

**TO:**   Honorable Susan Illston           **RE:**   Omar HASAN
            U.S. District Judge

**FROM:**   Richard W. Wieking, Acting Chief     **DOCKET NO.:**   CR09-01027 SI
              U.S. Pretrial Services Officer

**DATE:**   January 19, 2010

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Victoria Gibson, Treatment Specialist**           510-637-3752
**U.S. PRETRIAL SERVICES OFFICER**                  **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____   Presiding  District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____      1/19/10
**JUDICIAL OFFICER**                     **DATE**

**Cover Sheet** (06/02/08)

**CONFIDENTIAL**
**NOT FOR PUBLIC DISCLOSURE**

| | | |
|---|---|---|
| **To:** | Honorable Susan Illston | |
| | U.S. District Judge | |
| **From:** | Victoria Gibson, Treatment Specialist | |
| | U.S. Pretrial Services Officer | |
| **Subject:** | Omar HASAN | |
| | CR09-01027 SI | |
| | *VIOLATION OF CONDITIONS OF RELEASE* | **MEMORANDUM** |
| **Date:** | January 19, 2010 | |

Your Honor,

The above-referenced defendant appeared before Your Honor on January 12, 2010, and was scheduled for a further violation and revocation hearing on January 27, 2010. On January 14, 2010, defense counsel contacted the undersigned officer and advised that she intended to facilitate the defendant's self-surrender to the U.S. Marshals Service. On that date, Your Honor issued an Order to Self-surrender to the U.S. Marshals Service.

Also on January 14, 2010, following the defendant's self-surrender, the undersigned received notification from Kroll Laboratories that a urine sample submitted by the defendant at the halfway house on January 6, 2010, tested positive for cocaine.

This violation of release conditions follows other violations incurred by the defendant while out on bond. Pretrial Services believes that the defendant is not amenable to community supervision and respectfully recommends that the defendant remain in custody for the pendency of his case.

This memorandum is submitted for Your Honor's information and consideration.

Respectfully submitted,

VICTORIA GIBSON, Treatment Specialist
U.S. Pretrial Services Officer

Reviewed by,

SILVIO LUGO, Assistant Deputy Chief
U.S. Pretrial Services Officer

cc: Kathryn Haun, AUSA
Shawn Halbert, AFPD

***DUE TO THE SENSITIVE NATURE OF THE INFORMATION CONTAINED IN THIS MEMORANDUM, IT SHOULD BE KEPT CONFIDENTIAL AND SHOULD NOT BE FILED IN ANY PUBLIC RECORDS (18 USC 3153)***