UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>OMAR HASAN,<br><br>    Defendant. | No. CR 09-1027 SI (JCS)<br><br>ORDER |

The court orders the defendant, OMAR HASAN, to self-surrender immediately to the United States Marshals Service on the 20th Floor at 450 Golden Gate Avenue, San Francisco, California. He shall remain in custody for a total of 48 hours. Mr. Hasan should be rolled up by the Marshals Service and brought to the San Francisco Courthouse on Wednesday, July 11, 2012, and shall be released from the Marshals' office at 3:15 p.m.

**IT IS SO ORDERED.**

Dated: July 9, 2012

JOSEPH C. SPERO
United States Magistrate Judge

ORDER (CR 09-1027 SI (JCS))