```
 1  STEVE KALAR
    Federal Public Defender
 2  SHAWN HALBERT
    Assistant Federal Public Defender
 3  19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant OMAR HASAN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-01027 SI |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND P~~ROPOSE~~D ORDER SETTING COURT DATE ON MARCH 22, 2013 |
| OMAR HASAN, | ) | |
| Defendant. | ) | Court: Honorable Susan Illston |
| _____ | ) | |

**STIPULATION**

The parties were scheduled to appear before this Court on March 8, 2013 for Omar Hasan to admit the allegations in the Form 12 and to be sentenced. The court moved the court date to March 6, 2013, an appearance for which defense counsel was unavailable. The next available date that the Court and the parties are all available is March 22, 2013 at 11:00 a.m. and thus the

/ /

Stip. and Prop. Order Cont. Sent. Date
No. CR-09-01027 SI            1

parties respectfully request that the Court set the matter on that date.

SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney


DATED: March 7, 2013                   /s/
                        KATHRYN HAUN
                        Assistant United States Attorney


DATED: March 7, 2013                   /s/
                        SHAWN HALBERT
                        Assistant Federal Public Defender


## [PROPOSED] ORDER

For the reasons stated above, the Court sets the next court date in this matter on March 22, 2013 at 11:00 a.m.


SO ORDERED.


DATED: 3/11/13                        /s/ Susan Illston
                        THE HONORABLE SUSAN ILLSTON
                        United States District Judge